

# NUMBER 13-19-00348-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JENNIFER PAIGE MEAUX, **Appellant,**

**v.**

PALACIOS MARINE &
INDUSTRIAL COATINGS, INC.
AND GREG GARCIA, **Appellees.**

### On appeal from the 135th District Court
### of Victoria County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Perkes
### Memorandum Opinion by Justice Perkes

Appellant, Jennifer Paige Meaux, appealed a judgment entered by the 135th District Court of Victoria County, Texas. On July 11, 2019, the Clerk of this Court notified appellant that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 9.5(e). *See* TEX. R. APP. P. 9.5(e). The Clerk directed appellant to file an

amended notice of appeal with the district clerk's office within 30 days from the date of that notice. On August 19, 2019, the Clerk notified appellant that the defect had not been corrected and warned appellant that the appeal would be dismissed if the defect was not cured within ten days.

On August 6, 2019, the Clerk of the Court notified appellant that she was delinquent in remitting a $205.00 filing fee. The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* 42.3(b),(c).

An appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time. *See* Tex. R. App. P. 42.3(b),(c). Appellant has failed to respond to this Court's notices and has failed to pay the filing fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

GREGORY T. PERKES
Justice

Delivered and filed the
10th day of October, 2019.

2